IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HCA-INFORMATION TECHNOLOGY & SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATICA CORPORATION,<br><br>Defendant. | No. 3:10-cv-01155<br>Judge Nixon<br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## ORDER

Pending before the Court is Plaintiff HCA-Information Technology & Services, Inc.'s Motion for Oral Argument, requesting a hearing on Plaintiff's Motion for Summary Judgment. (Doc. No. 92.) That Motion is **GRANTED**, and the Court **SCHEDULES** a hearing for **February 13, 2012 at 10:00 a.m.**

Also pending is Defendant Informatica Corporation's Motion for Leave to File a Surreply in Opposition to Plaintiff's Motion for Summary Judgment. (Doc. No. 97.) That Motion is also **GRANTED**; Defendant may file a surreply brief no later than one week prior to the scheduled hearing.

It is so ORDERED.

Entered this the 4th day of January, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT