ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| HCA – INFORMATION TECHNOLOGY & SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 3:10-cv-01155<br>) |
| INFORMATICA CORPORATION, | ) JUDGE NIXON<br>) MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF INFORMATICA'S MOTION TO COMPEL DISCOVERY

Defendant Informatica Corporation ("Informatica") respectfully moves this Court for leave to file a reply brief to address specific arguments raised in Plaintiff HCA-Information Technology & Services, Inc.'s ("IT&S") Opposition to Motion to Compel Discovery (Doc. 102). A reply is needed so that Informatica may rebut certain allegations raised by IT&S in its Opposition. The proposed Reply Brief is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ John S. Hicks*

———————————————————
John S. Hicks (BPR No. 010478)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7337 (*Direct Facsimile*)
Email: jhicks@bakerdonelson.com