UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HCA-INFORMATION TECHNOLOGY & SERVICES, INC. ) ) ) | |
| v. ) ) | Civil Action No. 3:10-1155 Judge Nixon/Knowles |
| INFORMATICA CORPORATION ) | |

### O R D E R

Pending before the Court are Defendant's Motion for Relief from the Initial Case Management Order and Defendant's Motion for Expedited Consideration of that same Motion. Docket Entry Nos. 109 and 111. These Motions are granted, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

    1. The party having the burden of proof shall serve expert reports on or before March 23, 2012.

    2. The deadline for fact discovery is May 23, 2012.

    3. The deadline for expert discovery is May 23, 2012.

    4. The deadline for filing discovery-related Motions is May 31, 2012.

    5. The deadline to file dispositive motions is June 23, 2012.

    6. The jury trial is reset for **November 6, 2012, at 9:00 a.m.** before the Honorable John T. Nixon. The pretrial conference

is reset for **October 26, 2012, at 10:00 a.m.**

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　E. Clifton Knowles
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge